IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTINE LEITGEN, M.D.,

    Plaintiff,

v.

FRANCISCAN SKEMP HEALTHCARE, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-038-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Franciscan Skemp Healthcare, Inc. and plaintiff Christine Leitgen, M.D.'s case is dismissed.

_____       _____
Peter Oppeneer, Clerk of Court                           Date

(signed) Peter Oppeneer      1/29/09